# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA             PLAINTIFF

v.             No. 4:97CR00009 JLH

TERRY WILLIAM MCILVOY             DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, Terry William McIlvoy's petition under 28 U.S.C. § 2255 is dismissed with prejudice. McIlvoy failed to make a substantial showing of the denial of a constitutional right, so the Court will not issue a certificate of appealability.

IT IS SO ORDERED this 2nd day of December, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE